**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ANTHONY FRANKLIN, | : | No. 20 EAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated April 13, |
| | : | 2016 at No. 57 M.D. 2016 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTION, AND COMMONWEALTH | : | |
| OF PENNSYLVANIA AT DELAWARE | : | |
| AND PHILADELPHIA COUNTIES ET AL., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

  **AND NOW,** this 22nd day of November, 2016, the Order of the Commonwealth Court is hereby **AFFIRMED**, without prejudice to any right Appellant may have, pursuant to Fajohn v. Com., Dep't of Corrs., 692 A.2d 1067 (Pa. 1997), to seek modification of his sentence *nunc pro tunc* in the court of common pleas.